PEOPLE v SPENCER. Appeal from Recorder's Court of Detroit, Elvin L. Davenport, J. Submitted Division 1 February 1, 1972, at Detroit. (Docket No. 11173.) Decided February 18, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor. General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Michael R. Mueller*, Assistant Prosecuting Attorney, for the people.

*Donald L. Hobson*, for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ.

MEMORANDUM OPINION. Defendant, Murray Spencer, was convicted of manslaughter, MCLA 750.321; MSA 28.553, and sentenced to imprisonment for 5 to 15 years.

An examination of the record and briefs discloses no prejudicial error denying Spencer any substantial right.

Affirmed.